# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WADE SMALLWOOD,

    Plaintiff,

v.                                      Case No: 8:14-cv-2984-T-30JSS

CAM CONSTRUCTION SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Dkt. #18).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of September, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record